UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:12-cv-00463-SVW-JCG | Date | September 7, 2012 |
|---|---|---|---|
| Title | Ani Bargramyan v. Client Services Inc. | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER re MOTION FOR SUMMARY JUDGMENT and REQUEST to Substitute Attorney [10] [11]

　　　　On August 6, 2012, Defendant Client Services Inc. filed its motion for summary judgment, with a hearing set for September 10, 2012.  (Dckt. 10).  Pursuant to Local Rule 7-9, Plaintiff was required to file opposing papers "not later than twenty-one (21) days" before the hearing date; that is, no later than August 20, 2012.  As of September 7, 2012, Plaintiff had not filed papers opposing Defendant's Motion for Summary Judgment.  Moreover, failure to file any required document within the deadlin "may be deemed consent to the granting or denial of the motion."  Local Rule 7-12.  Accordingly, the Court GRANTS Defendant's Motion for Summary (Dckt. 10) and VACATES the hearing set for Monday, September 10, 2012 at 1:30 p.m.  Fed. R. Civ. P. 78(b); Local Rule 7-15.  Plaintiff's request to substitute attorney (Dckt. 11) is also DENIED.

The prevailing party shall submit a proposed judgment within 14 days.

.

|  | : |
|---|---|
| Initials of Preparer | PMC |