UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANI BAGRAMYAN, an individual;  )<br>  )<br>        Plaintiffs,  )<br>  )<br>        v.  )<br>  )<br>CLIENT SERVICES, INC., a Missouri  )<br>Corporation;  )<br>  )<br>        Defendants.  )<br>_____ ) | Case no. 2:12-cv-00463-SVW-JCG<br><br>JUDGMENT |

## JS - 6

On August 6, 2012, Defendant Client Services Inc. Filed its motion for summary judgment, with a hearing set for September 10, 2012 (Dkct. 10). Pursuant to Local Rule 7-9, Plaintiff was required to file opposing papers "not later than twenty-one (21) days" before the hearing date; that is, no later than August 20, 2012. As of September 7, 2012, Plaintiff had not filed papers opposing Defendant's Motion for Summary Judgment. Failure to file any required document within the deadline "may be deemed consent to the granting or denial of the motion." Local Rule 7-12.

    On September 7, 2012, this Court granted Defendant Client Services Inc.'s motion for summary judgment.

IT IS ORDERED AND ADJUDGED that the Plaintiff take nothing, that the action be dismissed on the merits WITH PREJUDICE and that Defendant Client Service, Inc. Recover its attorneys fees and costs upon motion thereon.

September 20, 2012                         _____

                                            The Hon. Stephen V. Wilson
                                            U.S. District Court Judge