1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANI BAGRAMYAN, an individual; | Case no. 2:12-cv-00463-SVW-JCG |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] JUDGMENT |
| CLIENT SERVICES, INC., a Missouri corporation; | |
| Defendant. | |

By this Court's Judgment dated September 20, 2012 [Docket no. 16], Defendant Client Services, Inc. was entitled to recover its reasonable attorneys' fees and costs upon motion.

Defendant Client Services, Inc. filed its Motion for Determination of Reasonable Attorneys' Fees and Costs [Docket no. 17], seeking $9,893.64 in attorneys' fees and costs.

By this Court's Minute Order dated February 5, 2013 [Docket no. 18], Defendant Client Services, Inc.'s Motion for Determination of Reasonable Attorneys' Fees and Costs was granted.

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's counsel, Arshak Bartoumian, shall pay to Defendant Client Services, Inc., sanctions in the amount of **$9,893.64** in care of and payable to Carlson & Messer LLP Client Trust Account, 5959 West Century Boulevard, Suite 1214, Los Angeles, California 90045 within 30 days of the entry of this judgment.

DATED: March 19, 2013

_____
United States District Court Judge